# Third District Court of Appeal
## State of Florida

Opinion filed January 26, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-493
Lower Tribunal No. 98-3518
_____


**Carlos Alberto Garcia,**
Appellant,

vs.

**Marela Valladares Garcia,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Maria Elena Verde, Judge.

Carlos A. Garcia, in proper person.

Law Offices of Kenneth B. Schurr, P.A., and Kenneth B. Schurr, for appellee.


Before FERNANDEZ, C.J., and SCALES, and LOBREE, JJ.

PER CURIAM.

Affirmed.